**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JONATHAN RIDEOUT, | : |
|         Plaintiff, | : |
| | : |
|         v. | :    Civil No.: 5:25-cv-04766-JMG |
| | |
| LB WATER, *et al.* | : |
|         Defendants. | : |

**ORDER**

**AND NOW**, this 12th  day of May, 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 18), Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment (ECF No. 20), Defendants LB Water Service, Inc. and Adam White's Reply Brief in Further Support of Summary Judgment (ECF No. 21), and Plaintiff's Sur-Reply in Opposition to Defendants' Motion for Summary Judgment (ECF No. 27), **IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 18) is **GRANTED in part and DENIED in part** as follows:

Defendants' Motion (ECF No. 18) is **GRANTED** with respect to Plaintiff's claims for hostile work environment, aiding and abetting, and FMLA interference and retaliation.

Defendants' Motion (ECF No. 18) is **DENIED** with respect to Plaintiff's claims for ADA/PHRA disability discrimination and retaliation. These claims survive and will proceed.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge